# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Emoji Company GmbH

                      Plaintiff,

v.                                                          Case No.: 1:23−cv−05018

                                                               Honorable Steven C. Seeger

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 12, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for a temporary restraining order (Dckt. No. [10]) is hereby granted in part. TRO to follow. Plaintiff filed a motion for TRO on the docket and neglected to email a Word version of the proposed TRO to the proposed order inbox, in violation of this Court's Standing. By December 15, 2023, the parties must email a Word version to the proposed order inbox: proposed_order_seeger@ilnd.uscourts.gov. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.